IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID REES**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 3:08CV147 BSM**

**CITY OF JONESBORO, and**
**MICHAEL MCQUAY**                                                                **DEFENDANTS**

**ORDER**

Plaintiff David Rees ("Rees") moves for voluntary dismissal and defendants, City of Jonesboro and Michael McQuay, do not oppose the motion. Rees's motion is granted and his cause of action is hereby dismissed without prejudice and the parties shall bear their own costs.

IT IS SO ORDERED this 2nd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE